IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FREDERICK WASHINGTON                                                                    PLAINTIFF

V.                                                       CIVIL ACTION NO. 1:15cv124-SA-DAS

CITY OF NETTLETON,
JIMMY TAYLOR and
A.D. HEARD, *in their individual capacities*                                          DEFENDANTS

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, Defendants' Motion for Summary Judgment [46] is GRANTED in part and DENIED in part. Plaintiff's Section 1983 claims against individual defendants Chief Heard and Mayor Taylor for both First Amendment retaliation and Equal Protection are hereby dismissed, as Defendants are entitled to qualified immunity. However, Plaintiff's claims against Defendant City of Nettleton for Title VII discrimination and retaliation must proceed to trial.

It is SO ORDERED this, the 6th day of March, 2017.

                                        /s/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE